KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant United States Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5610
Facsimile: (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN JESUS LIMON (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br><br>Defendants. | Criminal Case No. 08MJ1477-CAB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me at the above-listed number if you have any questions about this notice.

DATED: May 17, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN JESUS LIMON (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br>Defendants. | Case No. 08MJ01477-CAB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States and this Certificate of Service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Michael E. Burke
   Law Office of Michael Burke
   105 West F Street, 4th Floor
   San Diego, California 92101-6036
   Tel: (619) 234-2503
   Email: burkelaw1@sbcglobal.net
   *Attorney for Juan Jesus Limon*

2. Elizabeth Barros
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101-5008
   Tel: (619) 234-8467
   Email: elizabeth_barros@fd.org
   *Attorney for Hugo Montes-Martinez*

3. Timothy Scott
   Law Offices of Timothy Scott
   1350 Columbia Street
   San Diego, California 92101
   Tel: (619)794-0451
   Email: timscottlaw@cox.net
   *Attorney for Modesta Luisa Magana*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney