**ROBERT H. HENSSLER, JR.**
California Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Robert_Henssler@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO RAMIREZ-MARTINEZ,<br><br>Defendant. | Case No. 08MJ1477-02<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the above-captioned case.

Respectfully submitted,

Dated: May 29, 2008

/s/ *Robert R. Henssler, Jr.*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Robert_Henssler@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Joseph J.M. Orabona**
United States Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7736
Fax: (619) 235-2757
Email: joseph.orabona@usdoj.gov

**Michael Edmund Burke**
Law Office of Michael E Burke
105 West F Street
Fourth Floor
San Diego, CA 92101-6036
(619)234-2503
Fax: (619)234-2529
Email: Burkelaw1@sbcglobal.net

**Timothy A Scott**
Law Office of Timothy A Scott
1350 Columbia Street
Suite 600
San Diego, CA 92101
(619)794-0451
Fax: (619)652-9964
Email: timscottlaw@cox.net

DATED: May 29, 2008

*/s/ Robert R. Henssler, Jr.*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Robert_Henssler@fd.org